**Komla EDAH, Plaintiff–Appellant,**

v.

**TRIDENT SEAFOODS CORP., Defendant–Appellee.**

No. 07–3430.

United States Court of Appeals, Sixth Circuit.

June 25, 2008.

BEFORE: MARTIN and BATCHELDER, Circuit Judges; JORDAN, District Judge.*

PER CURIAM.

Komla Edah appeals the district court's grant of Trident Seafoods Corp.'s motion to dismiss. Because Edah retains the right to refile his complaint where permitted by the current incarnation of 46 U.S.C. § 30104, *see* National Defense Authorization Act for Fiscal Year 2008, Pub.L. No. 110–181, § 3521, 122 Stat. 596 (2008), the judgment of the district court is AFFIRMED.

---

* The Honorable R. Leon Jordan, United States District Judge for the Eastern District of Tennessee, sitting by designation.